**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MARIANNE SEGURA, ) | |
| ) | |
| Plaintiff, ) | Case No. |
| ) | |
| v. ) | |
| ) | |
| NOVASTAR HOME MORTGAGE, INC., ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES**
**BY DEFENDANT NOVASTAR HOME MORTGAGE, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 7.1, Defendant NovaStar Home Mortgage, Inc., by its attorneys, provides the following corporate disclosures.

I, the undersigned, counsel of record for NovaStar Home Mortgage, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of NovaStar Mortgage, Inc.:

1. NovaStar Home Mortgage, Inc. is wholly owned by NovaStar Financial, Inc., a publicly traded corporation (NYSE symbol NFI).

2. NovaStar Home Mortgage, Inc. is a corporate affiliate of NovaStar Mortgage, Inc., which is also wholly owned by NovaStar Financial, Inc.

These representations are made in order that the Judges of this Court may determine the need for recusal.

DATED: July 9, 2007                     Respectfully submitted,

                                        /s/ Brian P. Perryman
                                        Brian P. Perryman (D.C. Bar No. 491034)
                                        Bruce E. Alexander (D.C. Bar No. 494470)

Nancy W. Hunt (D.C. Bar No. 492912)
WEINER BRODSKY SIDMAN KIDER PC
1300 19th Street NW, Fifth Floor
Washington, DC 20036
Telephone: 202.628.2000
Facsimile: 202.628.2011
alexander@wbsk.com

Counsel for Defendant
NovaStar Home Mortgage, Inc.

F:\98054\068\corporate disclosure.doc

2