| | |
|---|---|
| **MARIANNE SEGURA,** | |
| **Plaintiff,** | |
| v. | **Case No. 1:07-cv-01203 ESH** |
| **NOVASTAR HOME MORTGAGE, INC.** | |
| **Defendant.** | |

## ORDER

**Upon consideration of** Defendant NovaStar Mortgage, Inc.'s ("Defendant") Motion to Dismiss, and Plaintiff's response thereto, it is hereby

**ORDERED,** that the motion is DENIED; and it is

**FURTHER ORDERED** that the current matter is stayed pending arbitration; and it is

**FURTHER ORDERED** that the parties submit the matter to arbitration within 10 (10 days of the date of this Order; and it is

**FURTHER ORDERED** that Defendant pay all of the costs associated with the arbitration.

DATED this _____ day of _____, 2007

_____
Judge Ellen Huvelle

8