**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARIANNE SEGURA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:07-cv-01203 ESH |
| ) | |
| v. ) | |
| ) | |
| NOVASTAR HOME MORTGAGE, INC., ) | |
| ) | |
| Defendant. ) | |

**COMBINED MOTION AND MEMORANDUM IN SUPPORT**
**FOR EXTENSION OF TIME TO ARBITRATE**

On July 30, 2007, the Court granted the Motion to Dismiss by Defendant NovaStar Home Mortgage, Inc. ("NovaStar"). The Order dismissing the case also directed the parties to arbitrate within two weeks. NovaStar respectfully requests that the time to commence arbitration be extended by 30 days. In support of this request, NovaStar states:

1. Plaintiff's attorneys do not oppose this extension.[*]

2. NovaStar has recently supplied plaintiffs with the functional equivalent of the "accounting" requested in the Complaint.

3. Plaintiff's attorneys are reviewing the information supplied by NovaStar in the hope that a resolution of the present dispute might be reached without further court proceedings or arbitration.

4. This requested extension is not requested for any improper purpose or undue delay. NovaStar sold the branch where plaintiff worked in March of 2005. NovaStar has not

---

[*] Plaintiff's attorneys have actually requested that the Court vacate the dismissal to allow for this 30-day extension. NovaStar respectfully submits that the Court does not need to vacate the judgment that dismissed this lawsuit and ordered the parties to commence arbitration within two weeks. The Court has continuing jurisdiction to enforce its orders and judgments. *See, Peacock v. Thomas*, 516 U.S. 349, 356 (1996) *citing Riggs v. Johnson County*, 6 Wall. (73 U.S.) 166, 187 (1868).

been an operating concern for more than a year.  NovaStar has no regular employees and has not been able to locate (until very recently) the information requested by plaintiff's attorneys.  Further, NovaStar's attorney has been out of town for most of last week and will be out of town for the next two weeks.  Consequently, it will be difficult to commence arbitration within the two-week deadline set by the Court.  Even if arbitration commences in two weeks, it will be necessary to delay the start of any arbitration activities for at least a few weeks so that NovaStar's attorney can return to the office.

## **CONCLUSION**

For the reasons stated herein, NovaStar respectfully requests a 30-day extension of time to commence arbitration.  Plaintiff's attorneys have stated that they will not opposes this extension, which will allow the parties to explore the possibility of resolving this dispute without further court or arbitration proceedings.

DATED:  August 6, 2007

                                                                        Respectfully submitted,


                                                                         /s/ Bruce E. Alexander
                                                                        Bruce E. Alexander (D.C. Bar No. 494470)
                                                                        Nancy W. Hunt (D.C. Bar No. 492912)
                                                                        WEINER BRODSKY SIDMAN KIDER PC
                                                                        1300 19th Street NW, Fifth Floor
                                                                        Washington, DC 20036
                                                                        Telephone: 202.628.2000
                                                                        Facsimile: 202.628.2011
                                                                        alexander@wbsk.com

                                                                        Counsel for Defendant
                                                                        NovaStar Home Mortgage, Inc.

## **CERTIFICATE OF SERVICE**

I certify that I have caused this Combined Motion and Memorandum in Support for Extension of Time to Arbitrate to be filed electronically with the Court, which will cause a notice to be sent to:

> William Krebs, Esq.
> Juanita F. Ferguson, Esq.
> Bean, Kinney & Korman, P.C.
> 2300 Wilson Blvd., 7th Floor
> Arlington, VA  22201

>                               /s/ Bruce E. Alexander
>                               Counsel for Defendant
>                               NovaStar Home Mortgage, Inc.

F:\98054\068\lbea2506MotExtArbv1.doc