**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

|  |  |  |
|---|---|---|
| | ) | |
| MARIANNE SEGURA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:07-cv-01203 ESH |
| | ) | |
| v. | ) | |
| | ) | |
| NOVASTAR HOME MORTGAGE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**COMBINED MOTION AND MEMORANDUM IN SUPPORT**
**OF JOINT MOTION FOR EXTENSION OF TIME TO ARBITRATE**

On July 30, 2007, the Court granted the Motion to Dismiss by Defendant NovaStar Home Mortgage, Inc. ("NovaStar"). The Order dismissing the case also directed the parties to arbitrate within two weeks. On August 6, 2007, the Court granted NovaStar's unopposed Motion to extend the time to commence arbitration by 30 days. Since that time Plaintiff and NovaStar's attorneys have exchanged information and believe that progress is being made on resolving Plaintiff's claims. Consequently, Plaintiff and NovaStar respectfully and jointly request that the time to commence arbitration be extended by another 30 days. In support of this request, Plaintiff and NovaStar state that this requested extension is not made for any improper purpose or undue delay. The parties would like to have the opportunity to resolve this controversy without any incurring any avoidable transaction costs.

## CONCLUSION

For the reasons stated herein, Plaintiff and NovaStar respectfully request another 30-day extension of time to commence arbitration.

DATED:  September 12, 2007

Respectfully submitted,

_____/s/Juanita F. Ferguson_____
William Krebs, Esq.
Juanita F. Ferguson, Esq.
Bean, Kinney & Korman, P.C.
2300 Wilson Blvd., 7th Floor
Arlington, VA 22201
Telephone: 703-525-4000
wkrebs@beankinney.com

Attorneys for Plaintiff
Marianne Segura


_/s/ Bruce E. Alexander_____
Bruce E. Alexander (D.C. Bar No. 494470)
Nancy W. Hunt (D.C. Bar No. 492912)
WEINER BRODSKY SIDMAN KIDER PC
1300 19th Street NW, Fifth Floor
Washington, DC 20036
Telephone: 202.628.2000
Facsimile: 202.628.2011
alexander@wbsk.com

Counsel for Defendant
NovaStar Home Mortgage, Inc.


## CERTIFICATE OF SERVICE

I certify that I have caused this Combined Motion and Memorandum in Support of Joint

Motion for Extension of Time to Arbitrate to be filed electronically with the Court:


/s/ Bruce E. Alexander_____
Counsel for Defendant
NovaStar Home Mortgage, Inc.


F:\98054\068\lbea2521JTMotExtArbv1.doc

2